IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00757-BNB

STANFORD E. ANDRESE, and
IRENE M. DEASY-ANDRESE,

    Plaintiffs,

v.

PUEBLO COUNTY, Colo.,
PHIL CASTRO, Case Worker, and
DR. MILIGAN, M.D.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiffs, Stanford E. Andrese and Irene M. Deasy-Andrese, submitted *pro se* a statement of facts. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court reviewed the statement and determined it was deficient. Therefore, in an order filed on April 2, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiffs to cure certain deficiencies in the case within thirty days if they wished to pursue their claims.

The April 2 order pointed out that each Plaintiff failed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or, alternatively, Plaintiffs collectively failed to pay the $350.00 filing fee. The March 22 order also pointed out that Plaintiffs failed to submit a complaint. The order warned that if either Plaintiff failed to cure the designated deficiencies within thirty days, that Plaintiff would be dismissed without further notice as a party to this action.

Plaintiffs have failed within the time allowed to cure the deficiencies listed in the April 2 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this  10th   day of   May  , 2010.

BY THE COURT:

    s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00757-BNB

Stanford E. Andrese
855 Hunter Dr., T10
Pueblo, CO 8100-1867

Irene M. Deasy-Andrese
855 Hunter Dr., T10
Pueblo, CO 8100-1867

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/26/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk